### KATHERINE A. GROTHLICH v. KLEIN & COHN.

INJUNCTION DOES .NOT LIE TO PREVENT OPERATION OF HEAVY MACHINERY
IN CITY MANUFACTURING DISTRICT.

Operation of hammers and heavy machinery in a factory adjoin-
ing residence property, situated in a populous manufacturing
district, will not be enjoined if the noise produced is not greater
than is common in such districts, no substantial vibration af-
fects other property near, and the business is conducted in
an ordinarily prudent manner.

APPEAL from common pleas court.

*C. J. McDiarmid* and *Ralph O. Newcomb*, for plaintiff.
*Cohen & Mack*, for defendants.

Petition of plaintiff to enjoin the operation of hammers and
heavy machinery in defendant's factory adjoining her residence
was allowed in the court below.

**GIFFEN, P. J.**

It appears from the testimony and a view of the premises
including the power-shears in operation that the chief noise arises
from the cog-wheels forming a part of the gearing, and that there
is no substantial vibration affecting the plaintiff's property. The
business itself is lawful and conducted in an ordinarily prudent
manner. Such annoyance as the plaintiff suffers is no greater
than is endured in any populous neighborhood devoted, as this
is, in part to manufactures, and to grant relief by injunction
would practically suspend manufacturing within the city limits.

The first proposition of the syllabus in the case of *Goodall*
v. *Crofton*, 33 Ohio St. 271 [31 Am. Rep. 535], is as follows:

"On the petition of a landowner, complaining that certain
steam power and machinery operated by another on adjoining
land is a nuisance, an injunction should not be granted unless
a clear case of nuisance and irreparable injury be made out."

There is and can be no real injury to the property itself,.and
while the annoyance to the plaintiff and her tenants is sub-

stantial, it does not amount to a nuisance for which an injunction should be granted.

We did not see the derrick and weight for crushing iron in operation but from the testimony we find no warrant for restraining its operation by injunction.

The petition will be dismissed and each party ordered to pay his own costs.

**Smith** and **Swing, JJ.,** concur.